USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA MCKINNON, CLAIRE LARBEY, DANIEL PARKE, IRENE CARIAS, JAKE RABOY, JAMES MCGUINNES, NICOLA PORTER-SMITH, and JOHN LITTLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOUGH MUDDER INCORPORATED and TOUGH MUDDER EVENT PRODUCTION INCORPORATED,<br><br>Defendants. | Case No.: 20-cv-01892-GHW |

## **ORDER**

WHEREAS, this proceeding was removed to this Court from the Supreme Court of the State of New York, County of New York pursuant to 28 U.S.C. §§ 1334 and 1452(a), and Fed. R. Bankr. P. Rule 9027; and

WHEREAS, the Debtors' deadline to move, answer or otherwise plead in response to the Complaint in this action is March 23, 2020; and

WHEREAS, counsel for the parties have advised the Court that they have agreed to a further extension of the Debtors' time to move, answer or otherwise plead in response to the Complaint through and including April 22, 2020, and to a consensual transfer of this action to the United States District Court for the District of Delaware for automatic referral to the United States Bankruptcy Court for the District of Delaware where defendants' bankruptcy cases under chapter 11 of the United States Code are pending;

NOW, THEREFORE, IT IS HEREBY ORDERED this 19 day of March, 2020, that the Debtors' deadline to move, answer or otherwise plead in response to the Complaint in this action is hereby extend through and including April 22, 2020, and this case is transferred to the Delaware District Court for automatic referral to the Delaware Bankruptcy Court.

The Clerk of Court is directed to transfer this case to the District of Delaware without delay.

SO ORDERED.

Dated: March 19, 2020  
New York, New York

_____  
GREGORY H. WOODS  
UNITED STATES DISTRICT JUDGE